CHICAGO—FIRST DISTRICT—MARCH, 1918.    567

Eastman v. Chicago Railways. Co., 209 Ill. App. 567.

## F. C. Eastman, Appellee, v. Chicago Railways Company, Appellant.

### Gen. No. 23,798.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. DAVID F. MATCHETT, Judge, presiding. Heard in this court at the October term, 1917. Reversed with finding of fact. Opinion filed March 5, 1918.

### Statement of the Case.

Action by F. C. Eastman, plaintiff, against Chicago Railways Company, defendant, to recover for personal injuries sustained by plaintiff in a collision between his wagon, which he was driving, and defendant's street car. From a judgment for plaintiff for $2,400, defendant appeals.

BUSBY, WEBER & MILLER, ROSE & SYMMES and ARTHUR J. DONOVAN, for appellant; JOHN R. GUILLIAMS, of counsel.

A. H. RANES and HUGH R. PORTER, for appellee; HARRY F. BREWER, of counsel.

MR. JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. STREET RAILROADS, § 86*—*when railroad company not liable for collision with wagon.* In an action to recover for personal injuries sustained by reason of the collision of a street car with plaintiff's wagon which he was driving, where the evidence shows that he attempted to drive across the track in front of the approaching car without regard to its nearness or rate of speed, and that as soon as he attempted to do so the motorman sounded the

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

gong, turned off the power, put on brakes and stopped as quickly as possible, plaintiff cannot recover.

2. STREET RAILROADS, § 86*—*what care required of motorman towards person he thinks will not attempt to drive across track.* Where there is nothing to cause the motorman of a moving car to apprehend that a person driving in the street will attempt to cross the track in front of the car, he is obliged, as to such person, to exercise only reasonable care, to be measured by the apparent situation and the dangers naturally to be expected under the circumstances.